[No. 6368-1. Division One. May 7, 1979.]

GARRETT FREIGHTLINES, INC., ET AL, *Respondents*, v. WASH-INGTON UTILITIES AND TRANSPORTATION COMMISSION, *Respondent*, GRAYPORT TRANSFER & STORAGE CO., INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 806662, James J. Dore, J., entered February 10, 1978. *Reversed* by unpublished opinion per Swanson, A.C.J., concurred in by Farris and Ringold, JJ.

[No. 6443-1. Division One. May 7, 1979.]

RICHARD MORGAN, *Appellant*, v. RANDALL HENDERSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for San Juan County, No. 3222, Richard L. Pitt, J., entered February 27, 1978. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Dore, JJ.

[No. 6569-1. Division One. May 7, 1979.]

ETTA MAE BRUNER, *Respondent*, v. ARGONAUT INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 829442, Warren Chan, J., entered April 19, 1978. *Reversed* by unpublished opinion per Swanson, A.C.J., concurred in by James and Williams, JJ.